**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00535-REB-MJW

ALBERTO IBARRA,

      Plaintiff,

v.

MATTHEW BATTY,
DENNIS BUIST,
R.W. JONES TRUCKING COMPANY,

      Defendant.

---

**ORDER GRANTING MOTION FOR TRANSFER OF VENUE**

---

**Blackburn, J.**

The matter is before me on the plaintiff's **Unopposed Motion for Transfer of Venue** [#13],[1] filed April 28, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Unopposed Motion for Transfer of Venue** [#13], filed April 28, 2015, is granted; and

2.  That this case is transferred to the United States District Court for the District of Utah.

Dated April 30, 2015, at Denver, Colorado.

                                              **BY THE COURT:**

                                              */s/ Bob Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.